NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAROL V. MAY,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

**and**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Intervenor.*

---

2010-3085

---

Petition for review of the Merit Systems Protection Board in case no. PH0752080505-I-1.

---

**ON MOTION**

---

**ORDER**

The Department of Veterans Affairs moves without opposition to reform the official caption to designate the Merit Systems Protection Board as respondent. The Department also moves for leave to intervene, and for an extension of time to file the responding briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The Department's motions are granted. The revised official caption is reflected above.

(2) The Department's and the Board's briefs are due within 40 days of the date of filing of this order.

FOR THE COURT

__JUN 1 6 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Dennis L. Friedman, Esq.
    Jane W. Vanneman, Esq.
    Jeffrey Gauger, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 6 2010

JAN HORBALY
CLERK